ORDERED.

Dated: May 05, 2017

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                         )
    CARMEN M. TORRES           )           CASE NO. 6:16-bk-07190-CCJ
                                                )           Chapter 7
                                                )
        Debtor(s)              )

ORDER GRANTING MOTION TO ALLOW SECURED CLAIM

Based upon the facts set forth in the Trustee's Motion For Order Allowing Secured Claim as filed with this Court on May 4, 2017, Document No. 20, it is,

**ORDERED** as follows:

the Motion is Granted and the Claim is Allowed as Secured  Accordingly,  Claim No. 1, filed by SUNTRUST BANK, is allowed as a secured claim and is not entitled to a distribution under Section 726 of the Bankruptcy Code.

Pursuant to F.R.B.P. 3008, the claimant may move for reconsideration of this order within 30 days from the date of service of notice of the entry of this order.  If a claimant files such a motion within this time period, the court will reconsider the matter and schedule the trustee's motion for hearing on notice to the claimant.

Trustee, Robert E Thomas, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.