# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re: §
§
TORRES, CARMEN M. §   Case No. 16-07190 CCJ
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/01/2016 . The undersigned trustee was appointed on 11/02/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | |
|---|---:|
| 4. The trustee realized gross receipts of  $ | 3,700.00 |
| Funds were disbursed in the following amounts: | |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 690.17 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 2,979.83 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was 04/24/2017 and the deadline for filing governmental claims was 05/01/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 925.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 925.00 , for a total compensation of $ 925.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 87.12 , for total expenses of $ 87.12 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/02/2017       By: /s/ROBERT E. THOMAS, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: 16-07190   Judge: CYNTHIA C JACKSON | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: TORRES, CARMEN M. | Date Filed (f) or Converted (c): | 11/01/16 (f) |
| | 341(a) Meeting Date: | 12/06/16 |
| For Period Ending: 06/02/17 | Claims Bar Date: | 04/24/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, 11964 OTTAWA AVE.ORLANDO FL 3 | 190,239.00 | 0.00 | | 0.00 | FA |
| 2. 2011 TOYOTA COROLLA (VIN: 2T1BU4EEXBC719743 CONDIT | 8,775.00 | 0.00 | | 0.00 | FA |
| 3. 2002 LEXUS ES300 (VIN: JTHBF30G525009111 CONDITION | 5,000.00 | 3,700.00 | | 3,700.00 | FA |
| 4. BED, DRESSER, 2 NIGH STAND, SOFA, LOVE SEAT RECLIN | 350.00 | 0.00 | | 0.00 | FA |
| 5. USED CLOTHING | 150.00 | 0.00 | | 0.00 | FA |
| 6. COSTUME JEWELRY | 20.00 | 0.00 | | 0.00 | FA |
| 7. DOG | 1.00 | 0.00 | | 0.00 | FA |
| 8. SUNTRUST #5904 | 114.73 | 0.00 | | 0.00 | FA |
| 9. SUNTRUST #0457 | 594.84 | 0.00 | | 0.00 | FA |
| 10. VOYAGE FINANCIAL RETIREMENT PLAN (PENSION) | 7,140.80 | 0.00 | | 0.00 | FA |
| 11. FLORIDA RETIREMENT SYSTEM MONTHLY BENEFIT | 0.00 | 0.00 | | 0.00 | FA |
| 12. PATIO FURNTIURE 1 TABLE 4 CHAIRS | 50.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $212,435.37 | $3,700.00 | | $3,700.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SOLD DEBTOR'S 2002 LEXUS FOR $3,700.00 AT PUBLIC AUCTION

CLAIMS REVIEWED

FINAL REPORT OF ESTATE SUBMITTED TO US TRUSTEE'S OFFICE JUNE 2, 2017

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 16-07190    Judge: CYNTHIA C JACKSON | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | TORRES, CARMEN M. | Date Filed (f) or Converted (c): | 11/01/16 (f) |
| | | 341(a) Meeting Date: | 12/06/16 |
| | | Claims Bar Date: | 04/24/17 |

Initial Projected Date of Final Report (TFR): 07/30/17    Current Projected Date of Final Report (TFR): 07/30/17

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 16-07190 -CCJ |
| Case Name: | TORRES, CARMEN M. |
| Taxpayer ID No: | *******2065 |
| For Period Ending: | 06/02/17 |

| | |
|---|---|
| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******7744  Checking Account |
| Blanket Bond (per case limit): | $ 37,079,582.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/17 | 3 | EWALD AUCTIONS | AUCTION PROCEEDS | 1129-000 | 3,700.00 | | 3,700.00 |
| 03/30/17 | 000301 | ROBERT H. EWALD<br>EWALD AUCTIONS INC<br>12472 LAKE UNDERHILL ROAD<br>SUITE 312<br>ORLANDO, FL 32828 | Auctioneers Fee | 3610-000 | | 370.00 | 3,330.00 |
| 03/30/17 | 000302 | ROBERT H. EWALD<br>EWALD AUCTIONS INC<br>12472 LAKE UNDERHILL ROAD<br>SUITE 312<br>ORLANDO, FL 32828 | Auctioneers Expenses | 3620-000 | | 320.17 | 3,009.83 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,994.83 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,979.83 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,700.00 | 720.17 | 2,979.83 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,700.00 | 720.17 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,700.00 | 720.17 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******7744 | 3,700.00 | 720.17 | 2,979.83 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 3,700.00 | 720.17 | 2,979.83 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 3,700.00 | 720.17 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 16-07190 -CCJ | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | TORRES, CARMEN M. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7744  Checking Account |
| Taxpayer ID No: | *******2065 | | |
| For Period Ending: | 06/02/17 | Blanket Bond (per case limit): | $ 37,079,582.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

# Middle District of Florida
## Claims Register

**EXHIBIT C**

6:16-bk-07190-CCJ Carmen M. Torres

Judge: Cynthia C. Jackson  Chapter: 7
Office: Orlando  Last Date to file claims: 04/24/2017
Trustee: Robert E Thomas  Last Date to file (Govt):

| Creditor: (26712048) SunTrust Bank Attn: Support Services P.O. Box 85092 Richmond, VA 23286 | Claim No: 1 Original Filed Date: 01/23/2017 ✓ Original Entered Date: 01/23/2017 ✓ | Status: Filed by: CR Entered by: SunTrust Bank (AH) Modified: **SECURED** |
|---|---|---|
| Amount claimed: $6891.44 (Secured) claimed: $6891.44 | | Loan 5191 Real Estate Mortgage |

History:
| Details | 1-1 | 01/23/2017 | Claim #1 filed by SunTrust Bank, Amount claimed: $6891.44 (SunTrust Bank (AH)) |

Description: (1-1) Real Estate  — Adrionne Hecksta11
Remarks: (1-1) Collateral Value @ 7.5294733%  — BKY Specialist

| Creditor: (26746032) Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim No: 2 Original Filed Date: 02/10/2017 ✓ Original Entered Date: 02/10/2017  OK | Status: Filed by: CR Entered by: American InfoSource (AB) Modified: |
|---|---|---|
| Amount claimed: $3349.90 — UNSECURED | | 2899 Money Loaned |

History:
| Details | 2-1 | 02/10/2017 | Claim #2 filed by Capital One Bank (USA), N.A., Amount claimed: $3349.90 (American InfoSource (AB)) |

Description:
Remarks:

| Creditor: (26841402) Department Store National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Claim No: 3 Original Filed Date: 03/30/2017 ✓ Original Entered Date: 03/30/2017  OK | Status: Filed by: CR Entered by: Citibank, N.A. (JD) Modified: |
|---|---|---|
| Amount claimed: $1992.96 — UNSECURED | | MACY 8182 Money Loan |

History:
| Details | 3-1 | 03/30/2017 | Claim #3 filed by Department Store National Bank, Amount claimed: $1992.96 (Citibank, N.A. (JD)) |

| Description: (3-1) Money Loaned |
| --- |
| Remarks: |

| Creditor: (26851897) PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim No: 4 Original Filed Date: 04/03/2017 ✓ Original Entered Date: 04/03/2017 OK | Status: Filed by: CR Entered by: Resurgent Capital Services Modified: |
| --- | --- | --- |
| Amount claimed: $3416.52  — UNsecured | | 5582 Retail |
| Secured claimed: $0.00 | | |

| History: |
| --- |
| Details | 4-1 | 04/03/2017 | Claim #4 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $3416.52 (Resurgent Capital Services) |

| Description: |
| --- |
| Remarks: |

| Creditor: (26886983) Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk VA 23541 | Claim No: 5 Original Filed Date: 04/23/2017 ✓ Original Entered Date: 04/23/2017 OK | Status: Filed by: CR Entered by: Portfolio Recovery Associates, LLC Modified: |
| --- | --- | --- |
| Amount claimed: $2680.37  — UNsecured | | 1878 loan RC |

| History: |
| --- |
| Details | 5-1 | 04/23/2017 | Claim #5 filed by Synchrony Bank, Amount claimed: $2680.37 (Portfolio Recovery Associates, LLC) |

| Description: |
| --- |
| Remarks: (5-1) TJX RewardsMasterCard or GEMB or GECRB |

## Claims Register Summary

Case Name: Carmen M. Torres
Case Number: 6:16-bk-07190-CCJ
Chapter: 7
Date Filed: 11/01/2016
Total Number Of Claims: 5



| Total Amount Claimed* | $18331.19 |
| --- | --- |
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

|  | Claimed | Allowed |
|---|---|---|
| Secured | $6891.44 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/01/2017 13:55:06 | | | |
| PACER Login: | rt0096:2627913:0 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 6:16-bk-07190-CCJ Filed or Entered From: 1/1/1985 Filed or Entered To: 6/1/2017 |
| Billable Pages: | 1 | Cost: | 0.10 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-07190 CCJ
Case Name: TORRES, CARMEN M.
Trustee Name: ROBERT E. THOMAS, TRUSTEE

| | Balance on hand | $ | 2,979.83 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT E. THOMAS, TRUSTEE | $ 925.00 | $ 0.00 | $ 925.00 |
| Trustee Expenses: ROBERT E. THOMAS, TRUSTEE | $ 87.12 | $ 0.00 | $ 87.12 |
| Auctioneer Fees: ROBERT H. EWALD | $ 370.00 | $ 370.00 | $ 0.00 |
| Auctioneer Expenses: ROBERT H. EWALD | $ 320.17 | $ 320.17 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 1,012.12 |
| Remaining Balance | $ | 1,967.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,439.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One Bank (USA), N.A. | $ 3,349.90 | $ 0.00 | $ 576.20 |
| 000003 | Department Store National Bank | $ 1,992.96 | $ 0.00 | $ 342.80 |
| 000004 | PYOD, LLC its successors and assigns as | $ 3,416.52 | $ 0.00 | $ 587.66 |
| 000005 | Synchrony Bank | $ 2,680.37 | $ 0.00 | $ 461.05 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,967.71 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE